# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER DEWAYNE BLACK,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendant. | Case No.: 5:25-cv-01188-JWD-STE<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Christopher Dewayne Black and Defendant Experian Information Solutions, Inc., ("Experian"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: January 14, 2026,          */s/Beth K. Findsen*
                                                Beth K. Findsen 25-213
                                                **CONSUMER JUSTICE LAW FIRM PLC**
                                                8095 N. 85th Way
                                                Scottsdale, AZ 85258
                                                T: 602-807-6676
                                                F: 480-613-7733
                                                E: bfindsen@consumerjustice.com

1

Haley L. Simmoneau
**ATHENA LEGAL GROUP PLLC**
PO Box 1364
Mustang, OK 73064
T: 405-212-3945
F: 888-805-3545
E: Haley@athenalegalteam.com

*Attorneys for Plaintiff,*
*Christopher Dewayne Black*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 14, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM PLC**
By: *<u>/s/ Marie Tirona</u>*