## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER DEWAYNE BLACK, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC. <br><br> Defendant. | Case No.: 5:25-cv-01188-JWD-STE <br><br> **STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Christopher Dewayne Black ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice. Each party will bear its own costs and attorney fees.

RESPECTFULLY SUBMITTED on this 23rd day of February 2026.

| | |
|---|---|
| */s/Beth K. Findsen* <br> Beth K. Findsen 25-213 <br> CONSUMER JUSTICE LAW FIRM PLC <br> 8095 N. 85th Way <br> Scottsdale, AZ 85258 <br> T: 602-807-6676 <br> F: 480-613-7733 <br> E: bfindsen@consumerjustice.com | */s/ John Loscheider* <br> John Loscheider <br> JONES DAY <br> jloscheider@jonesday.com <br> 90 South Seventh Street, Suite 4950 <br> Minneapolis, MN 55402 <br> Telephone:+1.612.217.8831 <br> Facsimile:+1.844.345.3178 |

1

| | |
|---|---|
| Haley L. Simmoneau<br>ATHENA LEGAL GROUP PLLC<br>PO Box 1364<br>Mustang, OK 73064<br>T: 405-212-3945<br>F: 888-805-3545<br>E: Haley@athenalegalteam.com<br><br>*Attorneys for Plaintiff,*<br>*Christopher Dewayne Black* | Jimmy Goodman OBA #3451<br>CROWE & DUNLEVY<br>A Professional Corporation Braniff<br>Building 324 North Robinson Ave., Ste.<br>100 Oklahoma City, Oklahoma 73102<br>(405) 235-7700<br>jimmy.goodman@crowedunlevy.com<br><br>*Attorney for Defendant Experian*<br>*Information Solutions, Inc* |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 23, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM PLC**
By: *<u>/s/ Marie Tirona</u>*